LUCY S. MORRISON, as Administratrix, etc., Respondent,- *v.* THE METROPOLITAN TELEPHONE AND TELEGRAPH COMPANY, Appellant.

(Argued January 17, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 1, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

---

* Reported below, 72 Hun, 194.

*Burton N. Harrison* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm; no opinion.

All concur, except PECKHAM, GRAY and HAIGHT, JJ., dissenting.

Judgment affirmed.